## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Packaging Corporation of America, Inc., | ) | |
| A Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable John J. Tharp, Jr. |
| | ) | |
| vs. | ) | Case No. 19-cv-03286 |
| | ) | |
| Patrick Croner, an Indiana citizen, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### NOTICE OF MOTION

**TO:** **William E. Hughes, counsel for Defendant Patrick Croner**
      **Husch Blackwell**
      **555 East Wells Street, Suite 1900**
      **Milwaukee, WI 53202-3819**
      **william.hughes@huschblackwell.com**

      **Please be advised** that on **Thursday, May 23, 2019, at 11:00 a.m.**, or as soon thereafter as we may be heard, we shall appear before the Honorable John J. Tharp, Jr., or any judge sitting in his stead, in **Courtroom 1419** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Plaintiff's Motion for an Emergency Temporary Restraining Order.**

Dated: May 17, 2019

Respectfully submitted,

Packaging Corporation of America, Inc.

By*:* /s/ Douglas A. Albritton
     One of Its Attorneys

Douglas A. Albritton (ARDC 6228734)
Jeffrey M. Hansen (ARDC 6269900)
Michele V. Novelli (ARDC 6330216)
ActuateLaw, LLC
641 West Lake Street, 5th Floor
Chicago, Illinois 60661
(312) 579-3131
doug.albritton@actuatelaw.com
jeff.hansen@actuatelaw.com
michele.novelli@actuatelaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of May, 2019 a copy of the foregoing document has

been filed through Court's electronic filing system and also emailed to:

**William E. Hughes, counsel for Defendant Patrick Croner**
**Husch Blackwell**
**555 East Wells Street, Suite 1900**
**Milwaukee, WI 53202-3819**
**william.hughes@huschblackwell.com**

*/s/ Douglas A. Albritton*
An Attorney